UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON

CRIMINAL ACTION NO. 05-71

UNITED STATES OF AMERICA                                                  PLAINTIFF

v.        **ORDER RESCHEDULING SENTENCING DATE**

RAYMOND DALE DOOLEY                                                        DEFENDANT

\* \* \* \* \* \* \* \* \* \* \*

On the Court's own motion, the Defendant's sentencing date scheduled for June 6, 2006 is hereby RESCHEDULED for **June 7, 2006 at 12:30 p.m.**

Dated this 22nd day of May, 2006.

Signed By:

*Karen K. Caldwell* KKC

**United States District Judge**